

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2013

No. 04-12-00871-CV

**WATERS AT NORTHERN HILLS, LLC** and Lynn Communities, Inc.,
Appellants

v.

**BEXAR APPRAISAL DISTRICT**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18564
Honorable Fred Shannon, Judge Presiding

# O R D E R

The Appellee's Joint Motion for Leave to File Joint Brief is GRANTED.

It is so ORDERED on this 14th day of May, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court